1  Mark A. Romeo (*pro hac vice*)
    mromeo@crowell.com
2  Christine E. Cwiertny (*pro hac vice*)
    ccwiertny@crowell.com
3  CROWELL & MORING LLP
   3 Park Plaza, 20th Floor
4  Irvine, California  92614-8505
   Telephone:  (949) 263-8400
5  Facsimile:   (949) 263-8414

6  William E. Peterson
    wpeterson@swlaw.com
7  Janine Prupas
    jprupas@swlaw.com
8  SNELL & WILMER L.L.P.
   6100 Neil Road, Suite 555
9  Reno, NV 89511
   Telephone:  (775) 829-6000
10 Facsimile:   (775) 829-6001

11 *Attorneys for Defendant*
   *KEMET Blue Powder Corporation*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA - RENO

| GLOBAL ADVANCED METALS USA, INC., | Case No. 3:11-CV-00793-RCJ-VPC |
|---|---|
| Plaintiff, | **STIPULATION FOR ONE DAY EXTENSION FOR PARTIES TO FILE STIPULATION ON OUTSTANDING DISCOVERY ISSUES** |
| v. | |
| KEMET BLUE POWDER CORPORATION, | Complaint Filed: 4/9/2008<br>Trial Date:  None Set |
| Defendant. | |

CROWELL
& MORING LLP
ATTORNEYS AT LAW

STIP. FOR ONE DAY EXTENSION TO FILE STIP. ON
OUTSTANDING DISCOVERY ISSUES
CASE NO. 3:11-CV-00793-RCJ-VPC

1  WHEREAS, per the Court's order of October 24, 2012, plaintiff Global Advanced Metals USA, Inc. ("GAM") and KEMET Blue Powder Corporation ("KEMET Blue") were to file a stipulation regarding outstanding discovery issues discussed during the October 24, 2012 Case Management Conference by October 29, 2012 at 5:00 p.m.;

WHEREAS GAM and KEMET Blue requested the Court grant a two day extension, until October 31, 2012 at 5:00 p.m. for the parties to file the stipulation due to Hurricane/Tropical Storm Sandy;

WHEREAS GAM and KEMET Blue now seek an additional one-day extension – and will seek no others – until November 1, 2012 at 5:00 p.m. to file the discovery stipulation;

WHEREAS GAM and KEMET Blue agree that this one-day extension will not apply to the filing of briefs regarding KEMET Blue's designation of Dr. Tripp as an expert in this litigation, which briefs will be filed by 6:00 p.m. PDT;

NOW, THEREFORE, Global Advanced Metals USA, Inc. and KEMET Blue Powder Corporation hereby stipulate and agree to a final one-day extension, until November 1, 2012 at 5:00 p.m. to file the stipulated ordered by the Court on October 24, 2012.

DATED: October 31, 2012

CROWELL & MORING LLP

By: _/s/ Christine E. Cwiertny_
Christine E. Cwiertny

*Attorneys for Defendant*
*KEMET Blue Powder Corporation*

DATED: October 31, 2012

FOLEY & LARDNER LLP

By: _/s/ Robert J. Silverman_
Robert J. Silverman

*Attorneys for Plaintiff*
*Global Advanced Metals USA, Inc.*

IT IS SO ORDERED
_____
U.S. MAGISTRATE JUDGE
DATED: November 1, 2012

CROWELL
& MORING LLP
ATTORNEYS AT LAW

-1-

STIP. FOR ONE DAY EXTENSION TO FILE STIP. ON
OUTSTANDING DISCOVERY ISSUES
CASE NO. 3:11-CV-00793-RCJ-VPC

## PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF ORANGE

At the time of service, I was over 18 years of age and **not a party to this action**. I am employed in the County of Orange, State of California. My business address is 3 Park Plaza, 20th Floor, Irvine, California 92614-8505.

On October 31, 2012, I served true copies of the following document(s) described as

**STIPULATION FOR ONE DAY EXTENSION FOR PARTIES TO FILE STIPULATION ON OUTSTANDING DISCOVERY ISSUES**

on the interested parties in this action as follows:

**SEE ATTACHED SERVICE LIST**

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I caused said document(s) to be served by means of this Court's electronic transmission of the Notice of Electronic Filing through the Court's transmission facilities, to the parties and/or counsel who are registered CM/ECF Users set forth in the service list obtained from this Court.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on October 31, 2012, at Irvine, California.


*/s/ Christine E. Cwiertny*
Christine E. Cwiertny

# SERVICE LIST

*Global Advanced Metals USA, Inc. v. KEMET Blue Powder Corporation*
USDC Case No. 3:11-CV-00793-RCJ-VPC

| | |
|---|---|
| Matthew B. Lowrie<br>Kevin M. Littman<br>Robert J. Silverman<br>Foley & Lardner, LLP<br>111 Huntington Avenue, Suite 2600<br>Boston, MA 02199-7610<br>Tel: (617) 342-4019<br>Fax: (617) 342-4001<br>Email: klittman@foley.com<br>       mlowrie@foley.com<br>       rsilverman@foley.com | Attorneys for Plaintiff<br>Global Advanced Metals USA, Inc. |
| Michael R. Houston<br>Foley & Lardner, LLP<br>321 North Clark Street, Suite 2800<br>Chicago, IL 60654-5313<br>Tel: (312) 832-4378<br>Fax: (312) 832-4700<br>Email: mhouston@foley.com | Attorneys for Plaintiff<br>Global Advanced Metals USA, Inc. |
| Allen J. Wilt<br>Courtney Miller O'Mara<br>Lionel Sawyer & Collins<br>50 W. Liberty St., Suite 1100<br>Reno, NV 89501<br>Tel: (775) 788-8629<br>Fax: (775) 788-8682<br>Email: awilt@lionelsawyer.com<br>       comara@lionelsawyer.com | Attorneys for Plaintiff<br>Global Advanced Metals USA, Inc. |
| William E. Peterson<br>Janine C. Prupas<br>Snell & Wilmer<br>6100 Neil Road, Suite 555<br>Reno, NV 89511<br>Email: wpeterson@swlaw.com<br>       jprupas@swlaw.com | Attorneys for Defendant<br>KEMET Blue Powder Corporation |

IRACTIVE-5692075.1