UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | | |
|---|---|---|
| GLOBAL ADVANCED METALS USA, INC., | ) | 3:11-CV-0793-RCJ (VPC) |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| vs. | ) | November 6, 2012 |
| KEMENT BLUE POWDER CORPORATION, | ) | |
| Defendant. | ) | |

PRESENT:   THE HONORABLE VALERIE P. COOKE, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:      LISA MANN         REPORTER: NONE APPEARING

COUNSEL FOR PLAINTIFF(S): NONE APPEARING

COUNSEL FOR DEFENDANT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Plaintiff's motion for leave to respond to defendant's supplemental filing regarding proposed expert witness (#198) is **GRANTED**. Plaintiff shall have to and including **Friday, November 9, 2012** at 5:00 p.m. to file a brief regarding defendant's proposed expert witness. Defendant shall have to and including **Tuesday, November 13, 2012** at 5:00 p.m. to file a response. Thereafter, the court will take the matter under submission.

This briefing schedule does not affect the scheduled site inspection at Kemet's Mound House facility.

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

By:   /s/
      Deputy Clerk