# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | | |
|---|---|---|
| GLOBAL ADVANCED METALS USA, INC., | ) | 3:11-CV-0793-RCJ (VPC) |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| vs. | ) | January 29, 2013 |
| KEMENT BLUE POWDER CORPORATION, | ) | |
| Defendant. | ) | |

PRESENT:    THE HONORABLE VALERIE P. COOKE, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:    LISA MANN            REPORTER: NONE APPEARING

COUNSEL FOR PLAINTIFF(S): NONE APPEARING

COUNSEL FOR DEFENDANT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

   Plaintiff's motion to seal information and documents designated as highly confidential (#255) is **GRANTED**.

   **IT IS SO ORDERED.**

                                                    LANCE S. WILSON, CLERK

                                        By:    /s/
                                                    Deputy Clerk