UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | | |
|---|---|---|
| GLOBAL ADVANCED METALS USA, INC., | ) | 3:11-CV-0793-RCJ (VPC) |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| vs. | ) | January 29, 2013 |
| KEMENT BLUE POWDER CORPORATION, | ) | |
| Defendant. | ) | |

PRESENT:   THE HONORABLE VALERIE P. COOKE, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:        LISA MANN          REPORTER: NONE APPEARING

COUNSEL FOR PLAINTIFF(S): NONE APPEARING

COUNSEL FOR DEFENDANT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Defendants' motion to seal information and documents designated as highly confidential (#245) is **GRANTED**.

   **IT IS SO ORDERED.**

                                                                      LANCE S. WILSON, CLERK

                                    By:   /s/                                       
                                                    Deputy Clerk