✓ FILED ___ RECEIVED
___ ENTERED ___ SERVED ON
COUNSEL/PARTIES OF RECORD

APR 2 3 2013

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| GLOBAL ADVANCED METALS USA, INC., | 3:11-cv-00793-RCJ-VPC |
| Plaintiff, | |
| v. | **MINUTES OF THE COURT** |
| KEMET BLUE POWDER CORPORATION, | |
| Defendant. | April 23, 2013 |

PRESENT:   THE HONORABLE VALERIE P. COOKE, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   LISA MANN            REPORTER: NONE APPEARING

COUNSEL FOR PLAINTIFF(S): NONE APPEARING

COUNSEL FOR DEFENDANT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Before the court is plaintiff's motion for extension of time within which plaintiff may respond to defendant's motion for summary judgment (#340).[1] Defendant responded (#341) and plaintiff replied (#342).

Plaintiff asks the court for a two week extension within which to respond to defendant's motion for summary judgment. Plaintiff asserts that its counsel are located in Boston, Massachusetts, and the office has been closed due to the April 15, 2013, Boston Marathon bombings (#340, p. 2). Plaintiff also asserts that defendant's motion for summary judgment involves complex factual and legal issues to be analyzed by plaintiff's expert, and that plaintiff's general counsel is currently unavailable for consultation, as they are away on a scheduled vacation. *Id.* at 3.

---

[1] Refers to the court's docket numbers.

The court finds that there is good cause to grant plaintiff an extension of time within which to respond to defendant's motion for summary judgment. Plaintiff's counsel shall have until **May 6, 2013**, at **5:00 p.m.** to respond to defendant's motion for summary judgment.

**IT IS SO ORDERED.**

                                                LANCE S. WILSON, CLERK

                                      By: _____/s/_____
                                                  Deputy Clerk