UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| GLOBAL ADVANCED METALS USA, INC., ) | 3:11-CV-0793-RCJ (VPC) |
| ) | |
| Plaintiff, ) | **MINUTES OF THE COURT** |
| ) | |
| vs. ) | May 1, 2013 |
| ) | |
| KEMENT BLUE POWDER CORPORATION, ) | |
| ) | |
| Defendant. ) | |
| ) | |

PRESENT:   THE HONORABLE VALERIE P. COOKE, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:      LISA MANN           REPORTER: NONE APPEARING

COUNSEL FOR PLAINTIFF(S): NONE APPEARING

COUNSEL FOR DEFENDANT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Defendant filed a motion to seal information designated as highly confidential in support of Kemet Blue Powder Corporation's case management report for March 22, 2013 case management conference (#323).  No opposition to the motion to seal was filed.  Pursuant to Local Rule 7-2(d), the failure of an opposing party to file points and authorities in response to any motion shall constitute a consent to the granting of the motion.  Therefore,

**IT IS ORDERED** that defendant's motion to seal information designated as highly confidential in support of Kemet Blue Powder Corporation's case management report for March 22, 2013 case management conference (#323) is **GRANTED**.  Defendant's case management report (#321) was filed and shall remain *under seal*.

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

By:   /s/
          Deputy Clerk